# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Copeland, Elizabeth A. | United States Tax Court | 07/31/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Tax Court Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

400 Second Street, N.W.
Suite 223
Washington, D.C. 20217

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Large Section Representative to the Board | State Bar of Texas (no reportable assets) |
| 2. | Executrix | Estate #1 (Estate created upon the 2019 death of ▮▮▮▮▮ ) |
| 3. | Trustee | Trust #1 (Trust created in Will of ▮▮▮▮▮ who passed away in 2019) (no reportable assets) |
| 4. | Trustee | Trust #2 (Trust created in Will of ▮▮▮▮▮ who passed away in 2019) (no reportable assets) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | Strasburger & Price, LLP, payment of partner capital account balance and distrubutions for legal services rendered prior to taking the bench |
| 2. | 2012 | Clark Hill PLC 401k Salary Deferral Plan (formerly Strasburger & Price, L.L.P. 401k Retirement Savings Plan, former law firm); administered by John Hancock |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Strasburger & Price, L.L.P. (Per withdrawal agreement, distributions of partnership income related to legal services prior to taking the bench) | $17,231.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Harland Clarke Corp. Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Texas | 1/16/19 - 1/18/19 | Austin, TX | Board Meeting | Transportation, lodging, meals |
| 2. | State Bar of Texas | 4/25/19 - 4/26/19 | Georgetown, TX | Board Meeting | Transportation, lodging, meals |
| 3. | Tax Alliance Conference | 6/5/19 | Plano, TX | Tax CPE/CLE (speaker) | Transportation, lodging, meals, program fees |
| 4. | State Bar of Texas | 6/12/19 - 6/13/19 | Austin, TX | Board Meeting/ CLE (speaker) | Transportation, lodging, meals, annual meeting fee |
| 5. | State Bar of Texas | 7/25/19 - 7/27/19 | Houston, TX | Bar Leaders Program | Transportation, lodging, meals |
| 6. | State Bar of Texas | 9/19/19 - 9/20/19 | Corpus Christi, TX | Board Meeting | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Copeland, Elizabeth A.** | 07/31/2020 |

| 7. | Central Texas Enrolled Agents | 11/5/19 | Austin, TX | Tax CE (speaker) | Transportation, meals |
|---|---|---|---|---|---|
| 8. | ABA | 12/11/19 - 12/13/19 | Las Vegas, NV | Tax CLE (speaker) | Transportation, lodging, meals, program fees |

| Name of Person Reporting | Date of Report |
|---|---|
| Copeland, Elizabeth A. | 07/31/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copeland, Elizabeth A. | 07/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. USAA Federal Savings Bank--Cash Accounts | A | Interest | M | T | | | | | |
| 2. USAA 529 Plan #1 (H) | | | | | | | | | |
| 3. --USAA Age Based Option: Agressive Growth Portfolio | A | Int./Div. | J | T | | | | | |
| 4. --USAA Age-Based Option: Very Conservative Portfolio | A | Dividend | | | Redeemed | 01/07/19 | K | A | |
| 5. --USAA Age-Based Option: In College Portfolio | A | Int./Div. | K | T | Buy | 01/07/19 | K | | |
| 6. 401K #1 (H) | | | | | | | | | |
| 7. --American Funds Trg Date 2030 R6 (RFETX) | E | Dividend | O | T | | | | | |
| 8. --Delaware Small Cap Fund Instl (DEVIX) | A | Dividend | | | Sold | 11/01/19 | J | A | |
| 9. --Goldman Sachs Growth Opp I (GGOIX) | A | Dividend | | | Sold | 11/01/19 | J | A | |
| 10. --Dodge & Cox International Stock Fd (DODFX) | B | Dividend | | | Sold | 11/01/19 | J | A | |
| 11. IRA #1 (H) | | | | | | | | | |
| 12. --Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 13. --Coca Cola Co. (KO) | A | Dividend | J | T | | | | | |
| 14. --Wilhelmina Int'l (WHLM) (Y) | | | | | | | | | |
| 15. --American New Perspective A (ANWPX) | A | Dividend | K | T | | | | | |
| 16. IRA #2 (H) | | | | | | | | | |
| 17. --American Funds American Balanced Fund A (ABALX) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copeland, Elizabeth A. | 07/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. --American Funds Euro Pacific Growth Fund A (AEPGX) | A | Dividend | J | T | | | | | |
| 19. --American Funds Fundamental Investors A (ANCFX) | A | Dividend | J | T | | | | | |
| 20. --American Funds The Growth Fund of America A (AGTHX) | C | Dividend | K | T | | | | | |
| 21. --American Funds Washington Mutual Investors Fund A (AWSHX) | C | Dividend | L | T | | | | | |
| 22. IRA #3 (H) | | | | | | | | | |
| 23. --American Funds The Income Fund of America A (AMECX) | A | Dividend | J | T | | | | | |
| 24. --American Funds SMALLCAP World Fund A (SMCWX) | A | Dividend | J | T | | | | | |
| 25. IRA #4 Administered by Wells Fargo Advisors (H) | | | | | | | | | |
| 26. --Investco American Franchise Class C (VAFCX) | A | Dividend | | | Sold | 01/28/19 | J | | |
| 27. --Investco American Franchise Class A (VAFAX) | A | Dividend | J | T | Buy | 01/28/19 | J | | |
| 28. Brokerage Account #1 (H) | | | | | | | | | |
| 29. --American Funds The Bond Fund of America A (ABNDX) | A | Dividend | J | T | | | | | |
| 30. --American Funds Capital World Growth and Income Fund A (CWGIX) | A | Dividend | J | T | | | | | |
| 31. --American Funds The Growth Fund of America A (AGTHX) | A | Dividend | J | T | | | | | |
| 32. --American Funds The New Economy Fund A (ANEFX) | C | Dividend | L | T | Buy (add'l) | 12/18/19 | J | | |
| 33. --American Funds SMALLCAP World FundA (SMCWX) | A | Dividend | J | T | | | | | |
| 34. --American Funds Washington Mutual Investors Fund A (AWSHX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copeland, Elizabeth A. | 07/31/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Mony Life Insurance Whole Life Case Surrender Value | B | Dividend | L | T | | | | | |
| 36. Mony Flexible Premium Variable Life (H) | | | | | | | | | |
| 37. --Mony EQ Mid Cap Value Managed Vol | | None | J | T | | | | | |
| 38. --Mony EQ PIMCO Ultra Short Bond Fund | | None | J | T | | | | | |
| 39. --Mony VIP Contrafund Fund | | None | J | T | | | | | |
| 40. --Mony AXA LgCap Grow Managed Vol | | None | J | T | | | | | |
| 41. 401K#2 (H) | | | | | | | | | |
| 42. --T Rowe Price Retirement 2030 (TRRCX)0 | | None | N | T | Buy (add'l) | 01/04/19 | J | | |
| 43. | | | | | Buy (add'l) | 01/18/19 | J | | |
| 44. | | | | | Buy (add'l) | 02/01/19 | J | | |
| 45. | | | | | Buy (add'l) | 02/15/19 | J | | |
| 46. | | | | | Buy (add'l) | 03/01/19 | J | | |
| 47. | | | | | Buy (add'l) | 03/08/19 | J | | |
| 48. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 49. | | | | | Buy (add'l) | 03/29/19 | J | | |
| 50. | | | | | Buy (add'l) | 04/12/19 | J | | |
| 51. | | | | | Buy (add'l) | 04/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copeland, Elizabeth A. | 07/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 05/10/19 | J | | |
| 53. | | | | | Buy<br>(add'l) | 05/24/19 | J | | |
| 54. | | | | | Buy<br>(add'l) | 06/07/19 | J | | |
| 55. | | | | | Buy<br>(add'l) | 06/21/19 | J | | |
| 56. Coverdell Putnam Education Savings Accounts (H) | | | | | | | | | |
| 57. --Putnam Global Equity Fund A (PEQUX) (X) | A | Dividend | J | T | Buy | 06/14/19 | J | | |
| 58. --Putnam Multicap Core Fund A (PMYAX) | A | Dividend | J | T | | | | | |
| 59. USAA 529 Plan #2 (H) | | | | | | | | | |
| 60. --USAA Age Based Option: Aggressive Growth Portfolio 529 Plan | A | Int./Div. | J | T | | | | | |
| 61. --USAA Age Based Option: Conservative Portfolio 529 Plan | A | Int./Div. | | | Sold | 08/05/19 | J | A | |
| 62. --USAA Age Based Option: Very Conservative 529 Plan (X) | A | Int./Div. | K | T | Buy | 08/05/19 | J | | |
| 63. Investment #1 (H) | | | | | | | | | |
| 64. --USAA Money Market (USAXX) | A | Dividend | J | T | | | | | |
| 65. --I Shares Core S&P Total US Stock Market (ITOT) | A | Dividend | J | T | | | | | |
| 66. --I Shares Core US Aggregate Bond ETF (AGG) | A | Dividend | J | T | | | | | |
| 67. --I Shares TR Core Total MSCI Total (IXUS) | A | Dividend | J | T | | | | | |
| 68. Investment #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copeland, Elizabeth A. | 07/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --USAA Treasury Money Market (UATXX) | A | Dividend | J | T | | | | | |
| 70. --USAA Cornerstone Aggressive FD Retail (UCAGX) | A | Dividend | J | T | | | | | |
| 71. Investment #3 (H) | | | | | | | | | |
| 72. --USAA Money Market (USAXX) | B | Dividend | J | T | | | | | |
| 73. --I Shares Core S&P Total US Stock Market ETF (ITOT) | A | Dividend | K | T | Buy (add'l) | 01/16/19 | J | | |
| 74. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 75. --I Shares Core US Aggregate Bond ETF (AGG) | B | Dividend | K | T | Buy (add'l) | 03/14/19 | J | | |
| 76. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 77. | | | | | Buy (add'l) | 07/16/19 | J | | |
| 78. --I Shares TR Core Total MSCI Total (IXUS) | A | Dividend | K | T | Buy (add'l) | 03/15/19 | J | | |
| 79. Suntrust Bank-Cash Accounts | | None | J | T | | | | | |
| 80. Estate #1 -- executrix & beneficiary (H) (X) | | | | | | | | | |
| 81. --Real Estate, San Antonio, TX, Bexar County (X) | | None | L | W | | | | | |
| 82. --USAA Cash Account - beneficial interest (X) | A | Distribution | J | T | | | | | |
| 83. --50% int. in V Development, LLC-rental real est. in Rockport, TX (X) | D | Rent | J | W | | | | | |
| 84. Wells Fargo Bank NA Cash Account -- 2019 inheritance (X) | A | Interest | J | T | | | | | |
| 85. Capital Group 529 Plan #3 American Funds US Gov't Money Mkt (AAFXX) | B | Dividend | M | T | Distributed (part) | 08/19/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Copeland, Elizabeth A. | 07/31/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Distributed<br>(part) | 12/31/19 | J | | |
| 87.   Capital Group 529 Plan #4 (H) | | | | | | | | | |
| 88.   --American Funds US Gov't Money Mkt (AAFXX) | A | Dividend | L | T | Buy<br>(add'l) | 01/09/19 | L | | |
| 89.   --American Funds SMALLCAP World Fund - 529-A (CSPAX) | | None | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 90.   --American Funds Fundamental Investors (CFNAX) | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 91.   --American Funds The Growth Fund of America - 529-A (CGFAX) | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 92.   --American Funds Capital World Growth & Income Fund (CWIAX) | A | Dividend | J | T | Sold<br>(part) | 01/09/19 | J | A | |
| 93.   --American Funds The Income Fund of America (CIMAX) | B | Dividend | K | T | Sold<br>(part) | 01/09/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I and Part VII: Although I am the trustee of Trust #1 and Trust #2, I receive no income from the trusts nor do I have a beneficial interest in the principal or income from the trusts. Therefore, there are no reportable assets for Trust #1 nor Trust #2.

Part VII, Line 87: The Wells Fargo Cash account added in 2019 was a small pay-on-death account that was inherited upon the death of a ▮▮▮▮▮▮.

Part VII, Lines 83-86: Estate #1 is the result of the death of a ▮▮▮▮▮▮ in 2019. I am the executrix of Estate #1 and a one-fifth beneficiary of that estate. I receive no compensation for my role as executrix. My proportionate beneficial interest in the assets of that estate are listed in Part VII. Household belonging of the estate were sold in 2019 and deposited into Estate #1's USAA account. The income reported from such sale is my proportionate interest in the sale proceeds from those assets. Only my proportionate share of the value of real estate and V Development, LLC are listed. Only my proportionate share of V Development, LLC's income is listed and it is estimated as V Development LLC's tax return is on extention and I have no control over the entity or its accounting. It is an active business that rents commercial real estate in Rockport, Texas.

Part VII, Lines 88-96: 529 Plan #3 and 529 Plan #4 represent 529 plans set up by ▮▮▮▮▮▮ for which I do not own the underlying assets and do not control the selection of assets nor the disposition of assets. I likewise did not control distributions from the plans for educational purposes.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth A. Copeland**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544